Healthy Way Acupuncture, P.C., as Assignee of Kenia Rosado, Appellant,
against
NY Central Mutual Fire Ins. Co., Respondent.




Gary Tsirelman, P.C. (Darya Klein, Esq.), for appellant.
Nightingale Law, P.C. (Michael S. Nightingale, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Carol Ruth Feinman, J.), entered February 20, 2015. The order granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint as premature on the ground that plaintiff had failed to provide requested verification, and denied plaintiff's cross motion for summary judgment.
Contrary to plaintiff's only argument on appeal, the follow-up verification requests issued by defendant were proper (see 11 NYCRR 65-3.6 [b]). In any event, "[a]ny confusion on the part of [] plaintiff as to what was being sought should have been addressed by further communication, not inaction" (Westchester County Med. Ctr. v New York Cent. Mut. Fire Ins. Co., 262 AD2d 553, 555 [1999]). 
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 19, 2017